# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH EDWARD RIAD

*Plaintiff,*

v.

DR. ING. H.C.F. PORSCHE AKTIENGELLSCHAFT, and PORSCHE CARS NORTH AMERICA, INC.

*Defendants.*

Case No. 2:18-cv-5175-CDJ

Hon. C. Darnell Jones, II

## ORDER

**AND NOW**, this 31st day of March, 2022, upon consideration of Defendant Porsche AG's Unopposed Motion for Leave to Withdraw William F. Kiniry, Jr. as Counsel of Record (the "Motion"), it is **HEREBY ORDERED** that the Motion is **GRANTED** and William F. Kiniry, Jr. **SHALL** be deemed withdrawn as counsel of record for Defendant Porsche AG.

BY THE COURT:

/s/ C. Darnell Jones, II
Hon. C. Darnell Jones II
U.S. District Judge