IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH EDWARD RIAD, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| PORSCHE CARS NORTH AMERICA, INC., et al. *Defendants* | : : : | No. 18-5175 |

### ORDER

AND NOW, this 24th day of February, 2023, upon consideration of Dr. Ing. h.c. F. Porsche Aktiengellschaft's Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction (Doc. No. 43), Joseph Edward Riad's Memorandum of Law in Opposition to Dr. Ing. h.c. F. Porsche Aktiengellschaft's Second Motion to Dismiss for Lack of Personal Jurisdiction (Doc. No. 48), Dr. Ing. h.c. F. Porsche Aktiengellschaft's Reply Brief in Support of its Second Motion to Dismiss the Amended Complaint for Lack of Personal Jurisdiction (Doc. No. 53), and the Transcript of the Evidentiary Hearing Held via Video Conference on May 13, 2023 (Doc. No. 64), it is hereby **ORDERED** that Dr. Ing. h.c. F. Porsche Aktiengellschaft's Motion to Dismiss for Lack of Jurisdiction (Doc. No. 43) is **GRANTED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**