IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH EDWARD RIAD,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**PORSCHE CARS NORTH AMERICA, INC.,**<br><br>　　　　　Defendant. | **CIVIL ACTION**<br><br>No. 18-5175-KSM |

## ORDER

**AND NOW**, this 30th day of July, 2024, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 98), Plaintiff's opposition brief (Doc. 113), and Defendant's reply brief (Doc. No. 111), it is **ORDERED** that the motion is **GRANTED**, and **JUDGMENT** is entered in favor of Defendant Porsche Cars North America, Inc. as to all claims.

**IT IS FURTHER ORDERED** as follows:

1.　　Plaintiff's Motion to Exclude Testimony of Defendant PCNA's Expert Witness Carrie Redlich, MD (Doc. No. 99) is **DENIED AS MOOT**.

2.　　The hearing previously scheduled for August 8, 2024 (*see* Doc. No. 112), is **CANCELLED**.

3.　　The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　/s/*Karen Spencer Marston*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KAREN SPENCER MARSTON, J.